# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-1449

_____

United States of America

*Plaintiff - Appellee*

v.

Rena Lakina Kennedy,
also known as Nene

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: December 18, 2012
Filed: January 2, 2013
[Unpublished]

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Rena Kennedy appeals the district court's[1] denial of her 18 U.S.C. § 3582(c)(2) sentence-reduction motion, in which she argued that her sentence should be reduced because she was no longer subject to a 10-year statutory minimum sentence after the changes made by the Fair Sentencing Act of 2010. We affirm, as Kennedy's argument is not based on a Guidelines amendment, and thus it is not properly raised in a section 3582(c)(2) motion.

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.